# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BOBBY HANKS,**

                   **Plaintiff,**

**-vs-**                                                  **Case No. 6:09-cv-2126-Orl-22DAB**

**RAYCO PROPERTIES, INC. d/b/a**
**Woody's Septic Tank Service, GREGORY**
**THOMPSON and JERRY THOMPSON,**

                   **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **AMENDED MOTION TO APPROVE SETTLEMENT (Doc. No. 28)**
>
> **FILED:**     May 5, 2010
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This amended motion to approve a settlement follows the Court's Report and Recommendation (Doc. No. 27) that the initial motion and supporting papers were inadequate to support a finding that the settlement was a "fair and reasonable resolution of a bona fide dispute" over Fair Labor Standards Act ("FLSA") issues. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982). Upon review, this amended motion provides sufficient information

to evaluate the settlement and the Court **recommends** that the motion be **granted** and the settlement be approved.

Plaintiff was employed by the corporate Defendant as a dispatcher and claims that he was not paid for work he performed from home. In Answers to Interrogatories, Plaintiff claimed $3,636,06 in unpaid overtime, with an equal amount in liquidated damages (Doc. No. 23-1). Defendant contested the willfulness of any failure to pay overtime, and, relying on phone records, took the position that the most Plaintiff was due was $978.00 in overtime. According to the papers, the parties agreed to settle the matter, for a total of $8,000.00, with Plaintiff receiving $2,000.00 for overtime wages and $2,000 for liquidated damages, and counsel for Plaintiff receiving $4,000.00 in attorney's fees and costs. The papers, now supplemented, present a reasoned basis for the compromise of the claim, and the billing sheets reflect that the total amount for attorney's fees and costs is not in excess of the lodestar (based on the claimed 15.2 hours of attorney time at a rate of $200 per hour and 6.4 hours of paralegal time at a rate of $105), plus recoverable costs of $468.75. As such, it is **respectfully recommended** that the motion be **granted** and the settlement be approved. **The previous motion for approval (see Doc. Nos. 26 and 27) should be denied as moot.**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 7, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy