**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BOBBY HANKS,**

          **Plaintiff,**

-vs-                                     **Case No. 6:09-cv-2126-Orl-22DAB**

**RAYCO PROPERTIES, INC. d/b/a**
**Woody's Septic Tank Service, GREGORY**
**THOMPSON and JERRY THOMPSON,**

          **Defendants.**

_____

## ORDER

This cause is before the Court on the Renewed Joint Motion for Approval of Settlement (Doc. No. 28) filed on May 5, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Notice of Non-Objection was filed (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 7, 2010 (Doc. No. 29) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement (Doc. No. 28) is GRANTED, and the settlement is hereby APPROVED.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 12, 2010.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge